```
        FILED          ENTERED
        LODGED         RECEIVED

          OCT 24 2003

            AT SEATTLE
       CLERK U.S. DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
BY                           DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION, | MDL NO. 1407 |
| This document relates to: See Appendix A | ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT DISMISSAL OF CARDIAC INJURY CASES |

## I. INTRODUCTION AND BACKGROUND

THIS MATTER comes before the court on defendants' motion for summary judgment dismissal of cardiac injury cases.[1] In an order dated June 18, 2003, this court found inadmissible all of plaintiffs' general causation expert opinions as to cardiac injuries. Defendants now move for summary judgment dismissal of all claims in which plaintiffs allege solely cardiac injuries. Having reviewed the pleadings filed in support of and in opposition to

---

[1] Defendants originally filed this motion on August 27, 2003, withdrew it without prejudice, and re-filed the motion on September 11, 2003.

ORDER
Page - 1 -



01-MD-01407-ORD

the motion, the court finds and rules as follows:

## II. DISCUSSION

Summary judgment is appropriate when "the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, show that there is no genuine issue as to any material fact and that the moving party is entitled to a judgment as a matter of law." Fed. R. Civ. P. 56(c); Celotex Corp. v. Catrett, 477 U.S. 317, 322 (1986); accord CR 56(b). The moving party is entitled to judgment as a matter of law when the nonmoving party fails to make a sufficient showing on an essential element of her case with respect to which she has the burden of proof. Celotex Corp., 477 U.S. at 323. The moving party bears the initial burden of demonstrating the lack of a genuine issue of material fact. Id. at 325. The moving party may discharge this burden "by 'showing' . . . that there is an absence of evidence to support the nonmoving party's case." Id.

In all of the cases identified in Appendix A, plaintiffs allege that they sustained solely cardiac-related injuries as a result of ingesting PPA-containing products. In order to prevail on their claims, plaintiffs must establish both general and specific causation. In re Hanford Nuclear Reservation Litig., 292 F.3d 1124, 1134 (9th Cir. 2002). Given the medically and scientifically complex nature of this litigation, expert testimony is crucial to the establishment of causation. See, e.g., In re Norplant Contraceptive Prods. Liab. Litig., 215 F. Supp. 2d

ORDER
Page - 2 -

795, 830 (E.D. Tex. 2002) ("Evidence of general causation must be provided in the form of expert testimony that satisfies the requirements of [Daubert] and Rule 702 of the Federal Rules of Evidence. [K]nowledge of [a drug's] capabilities is based on scientific or other specialized information requiring interpretation by experts in the field.") (citing Daubert v. Merrell Dow Pharm., Inc., 509 U.S. 579, 589-91 (1993)).

As noted, this court deemed inadmissible expert testimony as to a causal relationship between PPA and cardiac injuries. Because plaintiffs cannot proffer expert testimony on the issue of general causation, they lack evidence necessary to establish their claims. Accordingly, the court finds dismissal of plaintiffs' claims appropriate. See, e.g., Domingo v. T.K., 289 F.3d 600, 607-08 (9th Cir. 2002) (finding summary judgment appropriate where, after excluding plaintiff's expert testimony under Daubert, "there was insufficient testimony to create a genuine issue of material fact regarding causation."); Claar v. Burlington N. R.R., 29 F.3d 499, 504 (9th Cir. 1994) ("Plaintiffs, not having proffered any admissible expert testimony, have no evidence [of causation]. Accordingly, there is no genuine issue of material fact concerning even the modicum of causation [required], and summary judgment was appropriate.")

None of the objections raised in response to defendants'

ORDER
Page - 3 -

motion alter the court's conclusion.² Through these objections, plaintiffs essentially seek a reversal of the court's conclusion under <u>Daubert</u>. However, the court has no intention of revisiting its <u>Daubert</u> decision. Indeed, the time for filing a motion for reconsideration has long since passed. <u>See</u> Local Rule 7(h)(2) (motions for reconsideration "shall be filed within ten judicial days following the order to which it relates.")

Moreover, even if they were timely, plaintiffs' arguments as to the court's <u>Daubert</u> decision lack merit. Plaintiffs fail to identify any manifest error in the court's decision. <u>Id.</u> at 7(h)(1) ("The court will ordinarily deny [motions for reconsideration] in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence.") Nor do plaintiffs identify any pertinent new facts or legal authority. <u>Id.</u> Instead, plaintiffs' reliance on <u>Clausen v. M/V New Carissa</u>, No. 01-35928, No. 01-36079, 2003 WL 22208783 (9th Cir. Sept. 25, 2003) is misplaced. In that case, the Ninth Circuit discussed <u>Daubert</u> in the context of differen-

---

² However, in response to one opposition, the court has removed the names of two plaintiffs - Billie Reinninger and Irene Adams - from Appendix A. Defendant Chattem conceded that Reinninger's name was inadvertently included as subject to the motion. Although defendant Wyeth did not similarly come forward with respect to Adams, it appears that Adams alleged suffering a PPA-related stroke in both her Plaintiff's Fact Sheet and Complaint. <u>See</u> Reinninger and Adams Opp'n to Defs' Summ. J. Mot., Exs. 5-7. As such, the court sees no basis at this time for dismissal of Adams' claims.

ORDER
Page - 4 -

1  tial diagnosis, a technique not relevant to this court's general
2  causation analysis (i.e., whether PPA is capable of causing
3  cardiac injuries). See id. at *6 ("Differential diagnosis is . .
4  . a standard scientific technique of identifying the cause of a
5  medical problem by eliminating the likely causes until the most
6  probable one is isolated.")

7  Additionally, the court finds unavailing plaintiffs' at-
8  tempts to proffer previously proposed cardiac injury experts on
9  their behalf. The court carefully considered the issue of the
10 expert chosen to testify on behalf of plaintiffs with cardiac
11 injuries. In fact, because of various problems with other
12 proposed experts, the court allowed plaintiffs to proffer an
13 expert who had not been previously disclosed. See MDL No. 1407,
14 Dkt. 1738 (April 16, 2003). The court also deferred the hearing
15 on cardiac injuries after concerns as to timing were expressed by
16 both plaintiffs and defendants. Id., Dkt. 1776 (April 24, 2003).
17 Dr. Irvin Goldenberg's testimony was considered, and his and
18 other cardiac-related expert opinions deemed inadmissible under
19 Daubert, on behalf of all plaintiffs with cardiac injuries.

20 In sum, plaintiffs lack admissible expert testimony as to
21 general causation between PPA and cardiac injuries, an essential
22 element of their claims. Accordingly, the court finds summary
23 judgment dismissal of plaintiffs' claims appropriate. Defen-
24 dants' motion for summary judgment is hereby GRANTED and the
25 ///
26 ///

ORDER
Page - 5 -

claims of plaintiffs named in Appendix A DISMISSED.[3]

DATED at Seattle, Washington this 24th day of October, 2003.

s/Barbara Jacobs Rothstein
BARBARA JACOBS ROTHSTEIN
UNITED STATES DISTRICT JUDGE

---

[3] On October 20, 2003, various plaintiffs moved for leave to file a supplemental response to defendants' motion. However, having reviewed the proposed supplemental response, the court finds that it would not affect the court's decision. As such, leave to file the supplemental response is DENIED.

ORDER
Page - 6 -

# Appendix A

| | Plaintiff Name | Case Name | State | MDL Docket Number |
|---|---|---|---|---|
| 1 | | | | |
| 2 | Adams, Mark | Adams, Mark (Originally in Barbara Adams) | LA | C03-1542 |
| 3 | Aderholt, Charles Wayne | Aderholt, Charles Wayne | AL | C03-0368 |
| 4 | Alexander, Herbert | Alexander, Herbert | LA | C02-1772 |
| 5 | Alexander, Joyce | Alexander, Joyce (Originally in Barbara Adams) | LA | C03-1547 |
| 6 | Allen, Dorothy | Allen, Dorothy | LA | C02-2373 |
| 7 | Allen, Robert E. | Allen, Robert E. (Originally in Barbara Adams) | LA | C03-1546 |
| 8 | Amos, Junius | Amos, Junius (Originally in Peggy Stroud) | LA | C03-1366 |
| 9 | Anders, Vollie | Anders, Vollie (Originally in Barbara Adams) | LA | C03-1544 |
| 10 | Anderson, Leon Jr. | Anderson, Leon Jr. (Originally in Barbara Adams) | LA | C03-1549 |
| 11 | Ashley, Daisy (deceased), brought by Ashley, Billy | Ashley, Billy o/b/o Daisy Ashley (Originally in Barbara Adams) | LA | C03-1541 |
| 12 | Bailey, Gennie Mae | Bailey, Gennie Mae | MS | C03-0853 |
| 13 | Baker, Sam | Baker, Sam | LA | C01-2065 |
| 14 | Baker, Sam Robert | Baker, Sam Robert | LA | C02-2065 |
| 15 | Balis, Patricia | Balis, Patricia | OH | C02-2275 |
| 16 | Ballard, Helen P. | Ballard, Helen P. (Originally in Malveaux) | LA | C03-1791 |
| 17 | Barber, Richard | Barber, Richard | LA | C02-1724 |
| 18 | Barcelone, Carl | Barcelone, Carl | LA | C02-1755 |
| 19 | Bardwell, Linda DeLouis | Bardwell, Linda DeLouis | MS | C03-844 |
| 20 | Barfield, Annie | Barfield, Annie (Originally in Barbara Adams) | LA | C03-1552 |
| 21 | Barrett, Ruby | Barrett, Ruby (Originally in Barbara Adams) | LA | C03-1551 |
| 22 | Bell, Earnestine | Bell, Earnestine (Originally in Barbara Adams) | LA | C03-1558 |
| 23 | Benton, Johnnie Jr. | Benton, Johnnie Jr. (Originally in Gracie Patterson) | LA | C03-1492 |
| 24 | Bernucho, Rodney C. | Bernucho v. Wyeth | LA | C02-482 |
| 25 | Bickham, Barbara | Bickham v. Bayer, et al. (Originally in Barbara Adams) | LA | C03-1560 |
| 26 | Birkenfeld, Benjamin Jr. | Birkenfeld, Benjamin Jr. | LA | C03-0360 |
| 27 | Blair, Raymond | Blair, Raymond (Originally in Barbara Adams) | LA | C02-2375 |

| | | | | |
|---|---|---|---|---|
| 28 | Blue, Cheryl L. | Blue, Cheryl L. (Originally in Barbara Adams) | LA | C03-1565 |
| 29 | Bolden, Daisey | Bolden, Daisey (Originally in Barbara Adams) | LA | C03-1567 |
| 30 | Bond, Harold | Bond, Harold | LA | C03-2064 |
| 31 | Bond, Laura | Bond, Cheryl (Originally in Barbara Adams) | LA | C03-1956 |
| 32 | Borderlon, Donna Jane | Borderlon v. Bayer, et al. (Originally in Barbara Adams) | LA | C03-1957 |
| 33 | Bowman, James | Bowman, James | LA | C01-1868 |
| 34 | Bowman, Jerry | Bowman, Jerry | LA | C01-2064 |
| 35 | Brister, Daniel | Brister, Daniel | LA | C02-1709 |
| 36 | Brooks, Johnnie | Brooks, Johnnie (Originally in Barbara Adams) | LA | C03-2048 |
| 37 | Brown, Annie | Brown, Annie (Originally in Barbara Adams) | LA | C03-2045 |
| 38 | Bryant, Dorothy | Bryant, Dorothy (Originally in Barbara Adams) | LA | C03-2040 |
| 39 | Bryant, James | Bryant, James (Originally in Barbara Adams) | LA | C03-2041 |
| 40 | Bueche, Percy | Bueche, Percy (Originally in Malveaux) | LA | C02-2372 |
| 41 | Burris, Mazzie | Burris, Mazzie (Originally in Mike Byrd) | LA | C03-1475 |
| 42 | Byrd, Mike | Byrd, Mike | LA | C03-1483 |
| 43 | Byrd, Willie Fay | Byrd, Willie Fay (Originally in Barbara Adams) | LA | C03-2036 |
| 44 | Cain, Mitchell | Cain, Mitchell (Originally in Barbara Adams) | LA | C03-2037 |
| 45 | Cantin, Deborah Lorene | Cantin, Deborah Lorene | AL | C03-584 |
| 46 | Capers, Velma Lee | Capers, Velma Lee | LA | C03-2035 |
| 47 | Carter, Beverly | Carter, Beverly (Originally in Barbara Adams) | LA | C03-1970 |
| 48 | Carter, Oliver | Carter, Oliver (Originally in Barbara Adams) | LA | C03-1967 |
| 49 | Carter, Ricky Allen | Carter v. Bayer, et al. | AL | C03-353 |
| 50 | Carter, Thomas Lee | Carter, Thomas Lee (Originally in Barbara Adams) | LA | C03-1968 |
| 51 | Carter, Willie Mae | Carter, Ruby (Originally in Barbara Adams) | LA | C03-1969 |
| 52 | Chambers, Willie | Chambers, Willie (Originally in Barbara Adams) | LA | C03-1964 |

| | | | | |
|---|---|---|---|---|
| 53 | Charles, Brenda | Charles, Brenda (Originally in Barbara Adams) | LA | C03-1965 |
| 54 | Charles, Olie | Charles, Olie (Originally in Barbara Adams) | LA | C03-1961 |
| 55 | Charles, Sr., Timmy A. | Charles, Sr., Timmy A. | LA | C02-1737 |
| 56 | Chelete, Alloween | Chelete, Alloween (Originally in Barbara Adams) | LA | C03-2024 |
| 57 | Childs, James Lavell | Childs, James Lavell (Originally in Barbara Adams) | LA | C03-2023 |
| 58 | Chism, Bertha | Chism, Bertha (Originally in Barbara Adams) | LA | C03-2025 |
| 59 | Christian, Laura | Christian, Laura (Originally in Margie Pier) | LA | C03-2202 |
| 60 | Church, Keidra | Church, Keidra (Originally in Barbara Adams) | LA | C03-1952 |
| 61 | Clark, Diane | Clark, Diane | LA | C02-1740 |
| 62 | Clarkson, Elizabeth | Clarkson, Elizabeth (Originally in Barbara Adams) | LA | C02-2375 |
| 63 | Cockerhem, Calvin | Cockerhem, Calvin (Originally in Barbara Adams) | LA | C03-1928 |
| 64 | Collins, Luvenia | Collins, Luvenia | LA | C03-1568 |
| 65 | Collins, Mary | Adams, Barbara | LA | C02-2375 |
| 66 | Conly, David | Conly, David (Originally in Barbara Adams) | LA | C02-2375 |
| 67 | Conway, Clarence | Conway, Clarence (Originally in Barbara Adams) | LA | C03-1936 |
| 68 | Cook, Callie | Cook, Callie (Originally in Barbara Adams) | LA | C03-2026 |
| 69 | Cowart, Elliot | Cowart, Elliot | MS | C03-2484 (original case number) |
| 70 | Crawford, Gertie | Crawford, Gertie (Originally in Barbara Adams) | LA | C03-1953 |
| 71 | Davis, Alfred | Davis, Alfred | LA | C02-1739 |
| 72 | Davis, Alice | Davis, Alice (Originally in Barbara Adams) | LA | C03-1900 |
| 73 | Davis, Clara | Davis, Clara (Originally in Barbara Adams) | LA | C02-2375 |
| 74 | Davis, Ella | Davis, Ella (Originally in Barbara Adams) | LA | C03-1898 |
| 75 | Davis, Gloria | Davis, Gloria (Originally in Barbara Adams) | LA | C03-1897 |

| | | | | |
|---|---|---|---|---|
| 76 | Davis, Jr., Shellie | Davis, Shellie Jr. (Originally in Barbara Adams) | LA | C03-1894 |
| 77 | Davis, Kelvin | Davis, Kelvin | MS | C03-0864 |
| 78 | Davis, Marvin | Davis, Marvin (Originally in Barbara Adams) | LA | C03-1896 |
| 79 | Davis, Marvin | Davis, Marvin | LA | C02-795 |
| 80 | Davis, Mary Ann | Davis, Mary Ann (Originally in Barbara Adams) | LA | C03-1895 |
| 81 | Davis, Ruby | Davis, Ruby (Originally in Malveaux) | LA | C03-1770 |
| 82 | Delaney, Betty | Delaney, Betty | LA | C01-2052 |
| 83 | Delaune, Suzanne | Delaune, Suzanne (Originally in Malveaux) | LA | C02-2372 |
| 84 | Dillard, Jr., Saul | Dillard, Saul Jr. (Originally in Barbara Adams) | LA | C03-1889 |
| 85 | Dixon, Elmer | Dixon, Elmer | MS | C03-0865 |
| 86 | Douglas, John | Douglas, John (Originally in Barbara Adams) | LA | C03-1887 |
| 87 | Dowdell, Wanda | Dowdell, Wanda (Originally in Barbara Adams) | LA | C03-2007 |
| 88 | Ederson, Louis | Ederson, Louis (Originally in Gracie Patterson) | LA | C03-2118 |
| 89 | Edwards, Joe Ree | Edwards, Joe Ree (Originally in Barbara Adams) | LA | C03-2012 |
| 90 | Evans, Sherry | Evans, Sherry (Originally in Linda Adams) | LA | C02-1708 |
| 91 | Everhart, Shirley | Rogers, Margaret | MS | C03-2488 |
| 92 | Farley, Arlene | Adams, Barbara | LA | C02-2375 |
| 93 | Fleming, Althea | Fleming, Althea | LA | C02-1750 |
| 94 | Folkes, Gary Elton | Folkes, Gary Elton | MS | C03-0848 |
| 95 | Foster, Ruthie | Foster, Ruthie (Originally in Barbara Adams) | LA | C03-1915 |
| 96 | Fountain, Glenda | Fountain, Glenda (Originally in Malveaux) | LA | C03-1765 |
| 97 | Franklin, Mary L. | Franklin, Mary L. (Originally in Barbara Adams) | LA | C03-1914 |
| 98 | Frazier, Robert | Frazier, Robert (Originally in Barbara Adams) | LA | C03-1909 |
| 99 | Frazier, Wanda | Frazier, Wanda (Originally in Barbara Adams) | LA | C03-1908 |
| 100 | Gamble, James | Gamble, James (Originally in Barbara Adams) | LA | C03-1918 |
| 101 | Garner, Katie B. | Garner, Katie B. (Originally in Barbara Adams) | LA | C03-1906 |

| | | | | |
|---|---|---|---|---|
| 102 | Garner, Laverne by Scott, Cathy | Adams, Barbara | LA | C02-2375 |
| 103 | Garrison, Dollinda | Garrison, Dollinda (Originally in Barbara Adams) | LA | C03-1920 |
| 104 | Gates, Linda | Gates v. Bayer, et al. (Originally in Barbara Adams) | LA | C03-1923 |
| 105 | Gayles, Robin | Gayles, Robin (Originally in Barbara Adams) | LA | C03-1927 |
| 106 | Gelpi, David | Gelpi, David | LA | C02-346 |
| 107 | George, Mamie | George, Mamie (Originally in Barbara Adams) | LA | C03-1926 |
| 108 | Gilbert, Judy | Gilbert, Judy | LA | C02-1731 |
| 109 | Gordon, Larry | Gordon, Larry | AL | C03-0359 |
| 110 | Graham, Herman | Graham, Herman (Originally in Barbara Adams) | LA | C03-1949 |
| 111 | Griffin, Q.T. | Griffin, Q.T. (Originally in Barbara Adams) | LA | C03-2006 |
| 112 | Hall, Gwenetta | Lee, Latontya, o/b/o Gwenetta Hall (Originally in Barbara Adams) | LA | C03-2005 |
| 113 | Hamilton, Steve | Hamilton, Steve (Originally in Malveaux) | LA | C03-1772 |
| 114 | Harbor, Juel | Harbor, Juel (Originally in Margie Pier) | LA | C03-2200 |
| 115 | Hardman, Grady | Hardman, Grady (Originally in Barbara Adams) | LA | C02-2375 |
| 116 | Hardman, Richard | Hardman, Richard (Originally in Barbara Adams) | LA | C03-2001 |
| 117 | Harrington, Hattie | Harrington, Hattie (Originally in Barbara Adams) | LA | C03-1999 |
| 118 | Harmon, Jewel E. | Harmon, Jewel E. | LA | C02-2373 |
| 119 | Harris, Tommy | Harris, Tommy | LA | C01-1755 |
| 120 | Hawkins, Willie G. | Hawkins, Willie G. (Originally in Barbara Adams) | LA | C03-1998 |
| 121 | Head, Patricia | Headm, Patricia (Originally in Barbara Adams) | LA | C03-1995 |
| 122 | Henry, Bessie | Henry, Bessie (Originally in Barbara Adams) | LA | C03-1993 |
| 123 | Hewitt, Levente | Brown, Teresa o/b/o Levente Hewitt (Originally in Barbara Adams) | LA | C03-1992 |
| 124 | Hickman, Jasper | Hickman, Jasper (Originally in Barbara Adams) | LA | C03-1973 |
| 125 | Hill, Ronald Douglas Sr. | Hill, Ronald Douglas Sr. | MS | C03-0846 |
| 126 | Holden-Brown, Inez | Holden-Brown, Inez (Originally in Barbara Adams) | LA | C03-1979 |

| 127 | Holmes, Bernard Grant | Holmes, Bernard Grant | AL | C03-387 |
|---|---|---|---|---|
| 128 | Holmes, Prince | Holmes, Prince (Originally in Barbara Adams) | LA | C03-1977 |
| 129 | Hoover, Travis | Hoover, Travis (Originally in Barbara Adams) | LA | C03-1990 |
| 130 | Howard, Elizabeth | Howard, Elizabeth (Originally in Barbara Adams) | LA | C03-1975 |
| 131 | Howard, Joseph | Howard, Joseph (Originally in Barbara Adams) | LA | C03-1991 |
| 132 | Howard, Sherwood | Howard, Sherwood (Originally in Barbara Adams) | LA | C03-1988 |
| 133 | Howell, Penny | Howell, Penny | AL | C03-398 |
| 134 | Huggins, Charles | Huggins, Charles (Originally in Barbara Adams) | LA | C03-1981 |
| 135 | Huggins, Marie | Huggins, Marie (Originally in Barbara Adams) | LA | C03-1985 |
| 136 | Hughley, Joe | Hughley, Joe (Originally in Barbara Adams) | LA | C03-1984 |
| 137 | Hummings, Sean | Epps, Patricia o/b/o Sean Hummings (Originally in Barbara Adams) | LA | C03-1983 |
| 138 | Humphrey, Alan | Humphrey, Alan (Originally in Margie Pier) | LA | C03-2198 |
| 139 | Hunt, Huey J. | Hunt, Huey J. (Originally in Barbara Adams) | LA | C03-1835 |
| 140 | Hunt, Ocie | Hunt, Ocie (Originally in Barbara Adams) | LA | C03-1834 |
| 141 | Isgitt, Fred | Isgitt, Fred (Originally in Barbara Adams) | LA | C03-1832 |
| 142 | Iverson, Joyce | Iverson, Joyce (Originally in Barbara Adams) | LA | C03-1830 |
| 143 | Jackson, Barbara | Jackson, Tameka | LA | C03-2078 |
| 144 | James, Jessie | James, Jessie (Originally in Barbara Adams) | LA | C02-2375 |
| 145 | Jefferson, Nercille | Jefferson, Nercille (Originally in Mike Byrd) | LA | C03-1469 |
| 146 | Jefferson, Willie | Jefferson, Willie (Originally in Mike Byrd) | LA | C03-1468 |
| 147 | Johnson, Frederick Allen | Johnson, Frederick Allen | AL | C03-0385 |
| 148 | Johnson, Kevin | Johnson, Kevin (Originally in Barbara Adams) | LA | C03-1823 |
| 149 | Johnson, Ruth | Johnson, Ruth (Originally in Barbara Adams) | LA | C02-2375 |

| | | | | |
|---|---|---|---|---|
| 150 | Jones, Billy Ray | Jones, Billy Ray (Originally in Gracie Patterson) | LA | C03-1496 |
| 151 | Jones, Ernie | Jones, Ernie (Originally in Mike Byrd) | LA | C03-1467 |
| 152 | Jones, James Lester | Jones, James Lester (Originally in Mike Byrd) | LA | C03-1476 |
| 153 | Jones, Marion | Jones, Marion | LA | C02-1752 |
| 154 | Kelly, Phyllis | Kelly, Phyllis (Originally in Barbara Adams) | LA | C03-1817 |
| 155 | Kennedy, Faye Gail | Kennedy, Faye Gail (Originally in Barbara Adams) | LA | C03-1816 |
| 156 | Kilbourne, Charles | Kilbourne, Charles | LA | C03-2076 |
| 157 | Killian, James A. Jr. | Killian, James A. Jr. (Originally in Barbara Adams) | LA | C03-1815 |
| 158 | King, June | King, June (Originally in Barbara Adams) | LA | C03-1939 |
| 159 | King, W.T. | King, W.T. | LA | C01-2049 |
| 160 | Lagala, Barry | Lagala, Barry (Originally in Barbara Adams) | LA | C03-1809 |
| 161 | Lambeth, Angela Michelle | Lambeth, Angela Michelle | AL | C03-0399 |
| 162 | Lane, Helen | Lane, Helen (Originally in Barbara Adams) | LA | C03-1808 |
| 163 | Lawson, Rita | Lawson, Rita | LA | C03-1478 |
| 164 | Leary, Betty | Leary, Betty (Originally in Barbara Adams) | LA | C03-1807 |
| 165 | Lee, Ida | Lee, Ida (Originally in Barbara Adams) | LA | C03-1540 |
| 166 | Lee, Jerry Wayne | Lee, Jerry Wayne (Originally in Barbara Adams) | LA | C03-1636 |
| 167 | Lee, Latonya | Lee, Latonya (Originally in Barbara Adams) | LA | C03-1635 |
| 168 | Lee, Ollie Mae | Lee, Ollie Mae (Originally in Bond) | LA | C03-2062 |
| 169 | Lee, Robert | Lee, Robert | LA | C02-1734 |
| 170 | Leftridge, Mary | Leftridge v. Bayer, et al. (Originally in Barbara Adams) | LA | C03-1633 |
| 171 | Leslie, Kenneth | Landry, Annie | LA | C02-1859 |
| 172 | Lewis, Carol | Ashley, Angela | LA | C02-0790 |
| 173 | Lewis, Frank Joseph | Lewis, Frank Joseph (Originally in Gracie Patterson) | LA | C03-1498 |
| 174 | Lewis, Margaret O. | Lewis, Margaret O. (Originally in Barbara Adams) | LA | C03-1631 |
| 175 | Lister, Charles | Lister, Charles (Originally in Barbara Adams) | LA | C03-1630 |
| 176 | Marshall, Brenda Lee | Marshall, Brenda Lee | AL | C03-378 |

|  |  |  |  |  |
|---|---|---|---|---|
| 177 | Marshall, Linna | Marshall, Linna (Originally in Barbara Adams) | LA | C03-1862 |
| 178 | Maxie, Bevelyn | Maxie, Bevelyn (Originally in Barbara Adams) | LA | C03-1860 |
| 179 | Maxie, Ruthie | Maxie, Ruthie (Originally in Barbara Adams) | LA | C03-1857 |
| 180 | Maxwell, Alice | Maxwell, Alice (Originally in Barbara Adams) | LA | C03-1856 |
| 181 | May, Daniel | May, April o/b/o Daniel May | LA | C03-1744 |
| 182 | McFan, Clim | McFan, Clim (Originally in Barbara Adams) | LA | C03-1852 |
| 183 | McGaskey, Betty | McGaskey, Betty (Originally in Barbara Adams) | LA | C03-1850 |
| 184 | McGaskey, Edward | McGaskey, Edward (Originally in Barbara Adams) | LA | C03-1849 |
| 185 | McNeal, Clarice | McNeal, Clarice (Originally in Gracie Patterson) | LA | C03-1501 |
| 186 | Means, Jessie | Means, Jessie (Originally in Jim Davis) | LA | C03-1732 |
| 187 | Means, Myrtle | Means, Myrtle (Originally in Jim Davis) | LA | C03-1731 |
| 188 | Medina, Ethel | Medina, Ethel (Originally in Barbara Adams) | LA | C03-1846 |
| 189 | Mercier, Keith | Mercier, Keith | LA | C02-1704 |
| 190 | Metevia, Jacqueline | Metevia, Jacqueline | LA | C02-1756 |
| 191 | Miles, Sonjia obo Denoy Miles | Miles, Denoy (Originally in Malveaux) | LA | C03-1775 |
| 192 | Mitchell, Humphry | Mitchell, Humphry (Originally in Barbara Adams) | LA | C03-1840 |
| 193 | Montgomery, Charles | Montgomery Charles (Originally in Gracie Patterson) | LA | C03-1502 |
| 194 | Montgomery, James | Montgomery, James (Originally in Barbara Adams) | LA | C03-1837 |
| 195 | Morrison, Donald Wayne | Morrison, Donald Wayne | AL | C03-374 |
| 196 | Mosley, Albert Lewis | Mosley, Albert Lewis | AL | C03-0393 |
| 197 | Myles, Janie | Myles, Janie | MS | C03-2275 |
| 198 | Nelson, Henry | Nelson, Henry (Originally in Barbara Adams) | LA | C03-1606 |
| 199 | Nunsuch, Mercy | Nunsuch, Mercy (Originally in Barbara Adams) | LA | C03-1599 |
| 200 | Oliver, Viola | Oliver, Viola (Originally in Eddie Bullock) | MS | C03-0538 |

| | | | | |
|---|---|---|---|---|
| 201 | O'Neal, Dorothy | O'Neal, Dorothy (Originally in Barbara Adams) | LA | C03-1598 |
| 202 | Orsulak, Kathryn Louise | Orsulak, Kathryn Louise | LA | C02-1173 |
| 203 | Owens, Louree | Owens, Louree (Originally in Barbara Adams) | LA | C03-1597 |
| 204 | Palmer, Diane | Palmer, Diane (Originally in Barbara Adams) | LA | C03-1595 |
| 205 | Patterson, Cherie | Patterson, Cherie | LA | C02-1710 |
| 206 | Paulus, Maryellen Anderson | Paulus, Maryellen Anderson | AL | C03-0407 |
| 207 | Payne, Minnie B. | Payne, Minnie B. (Originally in Barbara Adams) | LA | C03-1594 |
| 208 | Peek, David L. | Peek, David L. | AL | C03-346 |
| 209 | Pinnix, Evelyn | Pinnix, Evelyn (Originally in Barbara Adams) | LA | C03-1589 |
| 210 | Porter, J.T. | Porter, J.T. | AL | C03-341 |
| 211 | Porter, Judy Ann | Porter, Judy Ann | AL | C03-344 |
| 212 | Powell, Runtura Lana | Powell, Runtura Lana | AL | C03-343 |
| 213 | Presley, James | Presley, James (Originally in Barbara Adams) | LA | C03-1586 |
| 214 | Presley, Ruby Jean | Presley, Ruby Jean (Originally in Barbara Adams) | LA | C03-1585 |
| 215 | Preston, Johnnie | Preston, Johnnie (Originally in Barbara Adams) | LA | C03-1583 |
| 216 | Preston, Lewis | Preston, Lewis | LA | C03-1582 |
| 217 | Rachal, Lucinda | Rachal, Lucinda (Originally in Barbara Adams) | LA | C03-1579 |
| 218 | Rainge, Lloyd | Rainge, Lloyd (Originally in Barbara Adams) | LA | C03-1578 |
| 219 | Ransom, Lloyd | Ransom, Lloyd (Originally in Barbara Adams) | LA | C03-1573 |
| 220 | Redmon, Henry | Redmon, Henry (Originally in Pier) | LA | C03-2192 |
| 221 | | | | |
| 222 | Riptoe, Betty | Riptoe, Betty (Originally in John Riptoe) | LA | C02-0355 |
| 223 | Riptoe, John | Riptoe, John (Originally in John Riptoe) | LA | C03-2028 |
| 224 | Roberson, Bruce | Roberson, Bruce | LA | C02-1169 |
| 225 | Robinson, Morris | Robinson, Morris (Originally in Barbara Adams) | LA | C03-1799 |
| 226 | Roque, Imogene | Roque, Imogene (Originally in Barbara Adams) | LA | C03-1797 |
| 227 | Rushing, John Henry | Rushing, John Henry (Originally in Gracie Patterson) | LA | C03-1504 |

| | | | | |
|---|---|---|---|---|
| 228 | Salvage, Frank | Salvage, Frank (Originally in Pier) | LA | C03-2191 |
| 229 | Sampey, Gordon (Wendy Sampey o/b/o Gordon Sampey) | Wendy Sampey o/b/o Gordon Sampey (Originally in Bond) | LA | C03-2061 |
| 230 | Sanford, Lorie Ann | Sanford, Lorie Ann | TN | C03-2462 |
| 231 | Schaffer, Josette | Schaffer, Josette (Originally in Malveaux) | LA | C03-1782 |
| 232 | Seal, Christine | Seal, Christine (Originally in Mike Byrd) | LA | C03-1486 |
| 233 | Self, Delmer Delores | Self, Delmer Delores (Originally in Mike Byrd) | LA | C03-01487 |
| 234 | Sharp, Lizzie B. | Sharp, Lizzie B. (Originally in Barbara Adams) | LA | C03-1678 |
| 235 | Shoemack, Rosie Marie | Shoemack, Rosie Marie | AL | C03-0406 |
| 236 | Sizemore, Jennie Morgan | Sizemore, Jennie Morgan | AL | C03-0193 |
| 237 | Slone, Naomi | Slone, Naomi (Originally in Barbara Adams) | LA | C03-1675 |
| 238 | Small, Willie | Small, Willie | AL | C02-2146 |
| 239 | Smith, Duncan | Smith, Duncan (Originally in Malveaux) | LA | C03-1784 |
| 240 | Smith, Haston | Smith, Haston (Originally in Barbara Adams) | LA | C03-1671 |
| 241 | Smith, Lopezia Jr. | Smith, Lopezia Jr. (Originally in Barbara Adams) | LA | C03-1669 |
| 242 | Smith, Myron | Smith, Myron (Originally in Malveaux) | LA | C03-1785 |
| 243 | Smith, Robert Jr. | Smith, Robert Jr. (Originally in Barbara Adams) | LA | C03-1668 |
| 244 | Smith, William | Smith, William (Originally in Barbara Adams) | LA | C03-1613 |
| 245 | Sparks, George Bruce | Sparks, George Bruce | AL | C03-345 |
| 246 | Speed, Shanika | Speed, Shanika (Originally in Barbara Adams) | LA | C03-1612 |
| 247 | Spencer, Denise | Spencer, Denise | LA | C02-1706 |
| 248 | Stallworth, Natalie | Stallworth, Natalie | LA | C02-2373 |
| 249 | Stanley, Jacqueline D. | Stanley, Billy Joe | MN | C02-2015 |
| 250 | Stanley, Judy B. | Stanley, Judy B. | LA | C02-0787 |
| 251 | Stanley, Steven | Beals, Emanuel | LA | C02-0787 |
| 252 | Sterling, Kezie | Sterling, Kezie (Originally in Barbara Adams) | LA | C03-1609 |
| 253 | Stevens, Floyd | Stevens, Floyd (Originally in Thelma Brown) | LA | C03-2071 |
| 254 | Stewart, Lizzie | Stewart, Lizzie (Originally in Margie Pier) | LA | C03-2186 |

| | | | | |
|---|---|---|---|---|
| 255 | Stone, Darnell | Stone, Darnell | LA | C02-1712 |
| 256 | Stribling, Betty Lou | Stribling, Betty Lou | MS | C03-2056 |
| 257 | Strogen, Elaine | Strogen, Elaine (Originally in Barbara Adams) | LA | C03-1666 |
| 258 | Stroud, Peggy | Stroud, Peggy (2) | LA | C03-1369 |
| 259 | Taylor, Lugene | Taylor, Lugene (Originally in Barbara Adams) | LA | C03-1664 |
| 260 | Taylor, Vernell | Taylor, Vernell | AL | C03-0373 |
| 261 | Terrell, Roy | Terrell, Roy | LA | C03-1662 |
| 262 | Thomas, Gwendolyn | Thomas, Gwendolyn (2) | MS | C03-2269 |
| 263 | Thomas, Lionel | Thomas, Lionel | LA | C02-1754 |
| 264 | Thomas, William | Thomas, William (Originally in Barbara Adams) | LA | C03-1657 |
| 265 | Thomas, William Jr. | Thomas, William Jr. (Originally in Barbara Adams) | LA | C02-2375 |
| 266 | Thompson, Elaine | Thompson, Elaine | MS | C02-1843 |
| 267 | Thompson, Stella | Thompson, Stella (Originally in Barbara Adams) | LA | C03-1656 |
| 268 | Tibbit, Elizabeth | Tibbit, Elizabeth | LA | C02-1771 |
| 269 | Timmons, L.T. | Timmons, Gloria o/b/o L.T. Timmons (Originally in Barbara Adams) | LA | C03-1654 |
| 270 | Trask, Willie | Trask, Willie | LA | C02-2151 |
| 271 | Tucker, Vera | Tucker, Vera | LA | C03-1653 |
| 272 | Van Green, Linda | Van Green, Linda | LA | C02-1172 |
| 273 | Vorrice, James | Vorrice, James (Originally in Barbara Adams) | LA | C03-1649 |
| 274 | Walker, Mary Jean | Walker, Mary Jean | LA | C01-2053 |
| 275 | Walters, Thurman L. | Walters, Thurman L. (Originally in Barbara Adams) | LA | C03-1646 |
| 276 | Washington, Charles | Washington, Chales (Originally in Barbara Adams) | LA | C03-2375 |
| 277 | Washington, Frances | Washington, Frances | LA | C02-1717 |
| 278 | Washington, Geneva | Washington, Geneva (Originally in Barbara Adams) | LA | C03-1627 |
| 279 | Washington, John | Washington, John | LA | C02-1744 |
| 280 | Watkins, Louis | Watkins, Louis (Originally in Thelma Brown) | LA | C03-2068 |
| 281 | Watson, Essie | Watson, Essie (Originally in Barbara Adams) | LA | C03-1626 |
| 282 | Watson, Judge Dupree Jr. | Watson, Judge Dupree Jr. (Originally in Barbara Adams) | LA | C03-1625 |
| 283 | Weeks, Thomas | Weeks, Thomas | AL | C03-0198 |

| | | | | |
|---|---|---|---|---|
| 284 | White, Brenda Jean | White, Brenda Jean (Originally in Barbara Adams) | LA | C03-1620 |
| 285 | White, Harvey D. | White, Harvey D. (Originally in Barbara Adams) | LA | C03-1619 |
| 286 | White, Judy Faye | White, Judy Faye (Originally in Barbara Adams) | LA | C03-1618 |
| 287 | Wiley, Loretta | Wiley, Loretta (Originally in Barbara Adams) | LA | C03-1617 |
| 288 | Wilkerson, Sandra | Wilkerson, Sandra | LA | C03-1367 |
| 289 | Wilkins, Frances | Wilkins, Frances (Originally in Thelma Brown) | LA | C03-2066 |
| 290 | Williams, Earnestine | Williams, Earnestine (Originally in Barbara Adams) | LA | C03-1614 |
| 291 | Williams, Gaile | Williams, Gaile | LA | C02-1368 |
| 292 | Williams, Jacqueline | Williams, Jacqueline (Originally in Gracie Patterson) | LA | C03-1508 |
| 293 | Williams, John Lee | Williams, John Lee | AL | C03-0389 |
| 294 | Williams, Leon | Williams, Leon (Originally in Barbara Adams) | LA | C03-1866 |
| 295 | Williams, Robert Lee | Williams, Robert Lee (Originally in Barbara Adams) | LA | C03-1870 |
| 296 | Williams, Rosie | Williams, Rosie (Originally in Barbara Adams) | LA | C03-1871 |
| 297 | Williams, Tony | Williams, Tony (Originally in Barbara Adams) | LA | C03-1872 |
| 298 | Williams, Tyrone | Williams, Tyrone (Originally in Margie Pier) | LA | C03-2183 |
| 299 | Willis, Linda | Willis, Linda | TX | C02-1543 |
| 300 | Willis, Minnie | Willis, Minnie (Originally in Barbara Adams) | LA | C03-1874 |
| 301 | Wilson, Edward | Wilson, Edward | LA | C02-2371 |
| 302 | Wilson, Jr., Leonard Mitchell | Rowe, Renita | LA | C02-1857 |
| 303 | Wright, Yura | Wright, Yura (Originally in Barbara Adams) | LA | C03-1882 |
| 304 | Wyne, Johnnie | Wyne, Johnnie (Originally in Barbara Adams) | LA | C03-1883 |
| 305 | Yranian, Layne | Yranian, Layne | NV | C01-1346 |
| 306 | Zeller, Antone Jr. | Zeller, Antone (Originally in Barbara Adams) | LA | C03-1886 |